**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SIGNAL INTERNATIONAL, INC., *et al.*,[1] | : | Case No. 15-11498 (MFW) |
| | : | |
| Debtors. | : | Jointly Administered |

**AMENDED SCHEDULE E-2 OF THE SCHEDULES OF ASSETS AND
LIABILITIES FOR SIGNAL INTERNATIONAL, LLC (CASE NO. 15-11500)**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Signal International, Inc. (4248); Signal Ship Repair, LLC (2642); Signal International, LLC (5074); Signal International Texas GP, LLC (3050); and Signal International Texas, L.P. (5066). The Debtors' principal offices are located at RSA Battle House Tower, 11 North Water Street, Mobile, Alabama 36602.

B6E (Official Form 6E) (04/13)

**In re: Signal International, LLC**  **Case No. 15-11500 (MFW)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "HWJC." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIM   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☒ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6E (Official Form 6E) (04/13) - Cont.

**In re: Signal International, LLC**                                                      **Case No. 15-11500 (MFW)**

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507 (a)(10).

*Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6E (Official Form 6E) (04/13) - Cont.

**In re: Signal International, LLC**  **Case No. 15-11500 (MFW)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS, INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| See Schedule E-1 Attachment | | | Tax Claims | X | X | X | Unknown | Unknown | Unknown |
| See Schedule Amended E-2 Attachment | | | Employee Vacation Accrual Claims | | | | $350,747.98 | $331,837.64 | $18,910.34 |
| Subtotals (Totals on this page) | | | | | | | **$350,747.98** | **$331,837.64** | **$18,910.34** |

Page 3 of 4

B6E (Official Form 6E) (04/13) - Cont.

**In re: Signal International, LLC**  **Case No. 15-11500 (MFW)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS, INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Subtotals (Totals on this page): | | | | | | | $0.00 | $0.00 | $0.00 |
| Total: (Report also on the Summary of Schedules) | | | | | | | $350,747.98 | | |
| Totals: (Report also on the Statistical Summary of Certain Liabilities Related Data) | | | | | | | | $331,837.64 | $18,910.34 |

Page 4 of 4

**In re: Signal International, LLC**
**Case No. 15-11500**
Amended Schedule E-2
Employee Vacation Accrual Claims

| Creditor's Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Country | Codebtor | Date claim was incurred and consideration for claim | Contingent | Unliquidated | Disputed | Total amount of claim | Amount entitled to priority | Amount not entitled to priority, if any |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ARNOLD, STEVEN | Emp No: 020305 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $10,200.47 | $10,200.47 | |
| BARFIELD, JUDY | Emp No: 211525 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $3,201.48 | $3,201.48 | |
| BARFIELD, RANDY | Emp No: 020232 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $11,317.59 | $11,317.59 | |
| BARTIMUS, BRENDA | Emp No: 213394 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $2,943.67 | $2,943.67 | |
| BINION, TRACEY | Emp No: 003197 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $9,942.65 | $9,942.65 | |
| BLAKE, WILLIAM | Emp No: 215359 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $2,877.08 | $2,877.08 | |
| BLANCO, EDDIE | Emp No: 214145 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $569.23 | $569.23 | |
| BLAVOS, DANIEL | Emp No: 215538 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $230.77 | $230.77 | |
| BLONDE, MATTHEW | Emp No: 020227 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $3,644.72 | $3,644.72 | |
| BRYAN, LISA | Emp No: 002006 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $560.02 | $560.02 | |
| BUSBY, ROBERT | Emp No: 200889 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $12,721.15 | $12,475.00 | $246.15 |
| CANTERBURY, DAVID | Emp No: 001202 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $2,115.39 | $2,115.39 | |
| CANTERBURY, KIMBERLY | Emp No: 211385 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $590.00 | $590.00 | |
| CLARK, BRANDY | Emp No: 215003 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $1,436.54 | $1,436.54 | |
| CLARK, DAVID | Emp No: 001969 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $2,727.00 | $2,727.00 | |
| COCHRAN, DAVID | Emp No: 002021 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $7,835.61 | $7,835.61 | |
| COOPER, STEVEN | Emp No: 215057 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $307.69 | $307.69 | |
| COXWELL, JANE | Emp No: 212065 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $736.00 | $736.00 | |
| COYNE, CARLO | Emp No: 001034 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $208.00 | $208.00 | |
| CURRY, SHERRI | Emp No: 214730 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $768.00 | $768.00 | |
| DALEY, JAMES | Emp No: 000821 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $156.00 | $156.00 | |
| DAVIS, LISA | Emp No: 215104 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $248.00 | $248.00 | |
| DAVIS, WILLIAM | Emp No: 000082 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $1,840.00 | $1,840.00 | |
| DOBSON, ASHTON | Emp No: 214849 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $2,307.69 | $2,307.69 | |
| DOVE, STEVE | Emp No: 215535 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $307.69 | $307.69 | |

**In re: Signal International, LLC**
**Case No. 15-11500**
Amended Schedule E-2
Employee Vacation Accrual Claims

| Creditor's Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Country | Codebtor | Date claim was incurred and consideration for claim | Contingent | Unliquidated | Disputed | Total amount of claim | Amount entitled to priority | Amount not entitled to priority, if any |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DUFAULT, GREGORY | Emp No: 020257 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $2,461.00 | $2,461.00 | |
| DUROCHER, GLORIA | Emp No: 212245 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $850.00 | $850.00 | |
| ELEY, TERRY | Emp No: 094422 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $12,568.50 | $12,475.00 | $93.50 |
| ELLERBE, LLOYD | Emp No: 004621 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $3,536.00 | $3,536.00 | |
| FINKLEA, JOHN | Emp No: 900274 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $1,840.00 | $1,840.00 | |
| FORSMAN, FRANCIS | Emp No: 000350 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $9,538.48 | $9,538.48 | |
| FORTENBERRY, TIM | Emp No: 002847 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $460.00 | $460.00 | |
| GEHRMANN, JEFFREY | Emp No: 214977 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $2,650.25 | $2,650.25 | |
| GEORGE, RHONDA | Emp No: 212576 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $2,532.12 | $2,532.12 | |
| GOODWIN, JON | Emp No: 000900 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $2,346.00 | $2,346.00 | |
| GREGORY, CLIFFORD | Emp No: 096588 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $9,095.65 | $9,095.65 | |
| GUNISETTI, RAMESH | Emp No: 500230 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $1,974.00 | $1,974.00 | |
| HARPER, CARRIE | Emp No: 214683 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $1,523.67 | $1,523.67 | |
| HARRIS, ERNEST | Emp No: 000707 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $1,472.00 | $1,472.00 | |
| HATAWAY, JODY | Emp No: 003456 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $1,576.93 | $1,576.93 | |
| HEBERT, DANIEL | Emp No: 006014 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $6,663.46 | $6,663.46 | |
| HOLDEN, SIMON | Emp No: 215837 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $312.00 | $312.00 | |
| HOLLOWAY, COREY | Emp No: 212814 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $344.50 | $344.50 | |
| HOWARD, VAN | Emp No: 215299 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $2,640.00 | $2,640.00 | |
| JOE, DARRYL | Emp No: 000178 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $7,442.31 | $7,442.31 | |
| JOHNSON, KRISTIE | Emp No: 002155 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $2,021.40 | $2,021.40 | |
| JOINER, QUITMAN | Emp No: 200036 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $1,196.00 | $1,196.00 | |
| KELLEY, MICHAEL | Emp No: 214952 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $994.50 | $994.50 | |
| KILLEEN, PATRICK | Emp No: 053310 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $5,975.11 | $5,975.11 | |
| KREBS, SONJA | Emp No: 010013 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $6,148.12 | $6,148.12 | |

**In re: Signal International, LLC**
**Case No. 15-11500**
Amended Schedule E-2
Employee Vacation Accrual Claims

| Creditor's Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Country | Codebtor | Date claim was incurred and consideration for claim | Contingent | Unliquidated | Disputed | Total amount of claim | Amount entitled to priority | Amount not entitled to priority, if any |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LADNIER, RONALD | Emp No: 054052 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $6,812.64 | $6,812.64 | |
| LOGAN, OLIVER | Emp No: 005166 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $2,024.00 | $2,024.00 | |
| LOTT, JOSEPH | Emp No: 215174 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $465.39 | $465.39 | |
| LOVE, DONALD | Emp No: 093724 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $184.00 | $184.00 | |
| MACK, WILLIAM | Emp No: 214848 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $625.00 | $625.00 | |
| MALLETTE, GARY | Emp No: 000579 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $2,704.00 | $2,704.00 | |
| MARTINS, GEORGE | Emp No: 212498 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $6,824.08 | $6,824.08 | |
| MASON, JENNIFER | Emp No: 021382 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $8,375.02 | $8,375.02 | |
| MCGOWAN, BRIAN | Emp No: 215563 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $368.00 | $368.00 | |
| MELTON, DAVID | Emp No: 002032 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $3,031.89 | $3,031.89 | |
| MITCHELL, KRISTA | Emp No: 214566 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $1,400.31 | $1,400.31 | |
| MORALES, ROMEL | Emp No: 210532 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $1,160.00 | $1,160.00 | |
| MURRAY, LENORE | Emp No: 002011 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $1,796.74 | $1,796.74 | |
| NOBLE, LUCIAN | Emp No: 010020 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $9,795.30 | $9,795.30 | |
| OVERSTREET, CHADWICK | Emp No: 003697 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $952.00 | $952.00 | |
| PERRY, CYNTHIA | Emp No: 002217 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $3,388.00 | $3,388.00 | |
| POOLE, LESLEY | Emp No: 213396 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $2,019.24 | $2,019.24 | |
| POOLE, MARCUS | Emp No: 002775 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $2,400.00 | $2,400.00 | |
| ROBERTSON, RUSSELL | Emp No: 215572 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $200.00 | $200.00 | |
| ROCHE, JOSEPH | Emp No: 010035 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $24,355.96 | $12,475.00 | $11,880.96 |
| ROGERS, JEFFREY | Emp No: 000896 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $7,673.09 | $7,673.09 | |
| ROWAN, MARTY | Emp No: 006782 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $1,472.00 | $1,472.00 | |
| ROWAN, MICHAEL | Emp No: 003025 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $552.00 | $552.00 | |
| SCHNOOR, RONALD | Emp No: 010031 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $10,576.93 | $10,576.93 | |
| SCHNOOR, RYAN | Emp No: 200067 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $9,288.46 | $9,288.46 | |

**In re: Signal International, LLC**
**Case No. 15-11500**
Amended Schedule E-2
Employee Vacation Accrual Claims

| Creditor's Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Country | Codebtor | Date claim was incurred and consideration for claim | Contingent | Unliquidated | Disputed | Total amount of claim | Amount entitled to priority | Amount not entitled to priority, if any |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SCRUGGS, HAROLD | Emp No: 003961 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $1,773.17 | $1,773.17 | |
| SENTELLE, TIMOTHY | Emp No: 021803 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $1,840.00 | $1,840.00 | |
| SHARLOW, JEFFREY | Emp No: 006390 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $2,618.00 | $2,618.00 | |
| SHEPPARD, JIMMY | Emp No: 000286 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $713.00 | $713.00 | |
| SHOEMAKER, JERRY | Emp No: 214724 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $531.25 | $531.25 | |
| SHOUSE, WILBUR | Emp No: 002023 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $16,252.45 | $12,475.00 | $3,777.45 |
| SMITH, BRENDA | Emp No: 214726 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $535.50 | $535.50 | |
| SMITH, CURTIS | Emp No: 000055 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $216.00 | $216.00 | |
| SMITH, FRANK | Emp No: 200037 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $4,232.00 | $4,232.00 | |
| SMITH, ROGER | Emp No: 001397 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $782.00 | $782.00 | |
| SMITH, STEVE | Emp No: 210899 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $1,840.00 | $1,840.00 | |
| SMITH, SUMMER | Emp No: 212819 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $300.00 | $300.00 | |
| STEVISON, JARRED | Emp No: 215536 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $480.77 | $480.77 | |
| STEWART, GEORGE | Emp No: 001236 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $3,243.00 | $3,243.00 | |
| STEWART, JONATHAN | Emp No: 200924 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $338.00 | $338.00 | |
| STOKES, HOWELL | Emp No: 025626 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $15,387.28 | $12,475.00 | $2,912.28 |
| SUTTON, EDDIE | Emp No: 212831 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $2,162.00 | $2,162.00 | |
| TAFT, ALBERT | Emp No: 200040 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $104.00 | $104.00 | |
| TANNER, WILLIAM | Emp No: 001842 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $7,415.42 | $7,415.42 | |
| THEPPHANORINH, SOMCHANH | Emp No: 003841 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $2,760.00 | $2,760.00 | |
| THIBAULT, SHERRY | Emp No: 212951 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $503.50 | $503.50 | |
| VENDEIRO, LISA | Emp No: 212327 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $3,271.15 | $3,271.15 | |
| WALTERS, PHILLIP | Emp No: 214259 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $874.00 | $874.00 | |
| WALTMAN, ALBERT | Emp No: 000740 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $1,188.00 | $1,188.00 | |
| WARREN, ANTHONY | Emp No: 000110 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $3,680.00 | $3,680.00 | |

**In re: Signal International, LLC**
**Case No. 15-11500**
Amended Schedule E-2
Employee Vacation Accrual Claims

| Creditor's Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Country | Codebtor | Date claim was incurred and consideration for claim | Contingent | Unliquidated | Disputed | Total amount of claim | Amount entitled to priority | Amount not entitled to priority, if any |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WHEELER, DAVID | Emp No: 000463 | Address Redacted | | | | | | | Employee Vacation Accrual Claim | | | | $1,309.00 | $1,309.00 | |
| | | | | | | | | | | | | **Total:** | **$350,747.98** | **$331,837.64** | **$18,910.34** |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

**In re: Signal International, LLC**                                                                                              **Case No. 15-11500 (MFW)**

## DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULE E-2

I, Chris Cunningham, Chief Financial Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing amended summary and schedules, consisting of 10 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  8/18/2015                                                                        Signature:  / s / Chris Cunningham

**Chris Cunningham**

**Chief Financial Officer**

---

**Penalty for making a false statement or concealing property:** Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C.§§ 152 and 3571.