# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **SIGNAL INTERNATIONAL, INC., et al.**[1] | Case No. 15-11498 (MFW) |
| Debtors. | Jointly Administered |
| | RE: Docket Nos. 205, 216 |

## NOTICE OF SUPPLEMENT TO SCHEDULES OF ASSETS AND LIABILITIES OF SIGNAL INTERNATIONAL, LLC

**PLEASE TAKE NOTICE** that pursuant to Rule 1009(a) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 1009-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**") and the *Order (I) Establishing Bar Dates for Filing Proofs of Prepetition Claims, Including 503(b)(9) Claims, and (II) Approving the Form and Manner of Notice Thereof* [Docket No. 205] (the "**Bar Date Order**")[2] entered on August 11, 2015, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") hereby supplement the Schedules of Assets and Liabilities [Docket No. 216] (the "**Schedules**") of the Debtor Signal International, LLC ("**SI LLC**") as set forth herein.

**PLEASE TAKE FURTHER NOTICE** that annexed hereto as Exhibit 1 is a supplement (the "**Schedule Supplement**") to the Schedules of SI LLC. Specifically, Schedule F is supplemented by adding the claims set forth in the Schedule Supplement, but is otherwise unaltered with respect to all information previously included therein.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Signal International, Inc. (4248); Signal Ship Repair, LLC (2642); Signal International, LLC (5074); Signal International Texas GP, LLC (3050); and Signal International Texas, L.P. (5066). The Debtors' principal offices are located at RSA Battle House Tower, 11 North Water Street, Mobile, Alabama 36602.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Bar Date Order.

**PLEASE TAKE FURTHER NOTICE** that the Schedule Supplement remains subject to the *Global Notes, Methodology and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* filed with the Schedules.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bar Date Order, the party whose claim is listed on the Schedule Supplement (the "**Affected Claimant**") **must file a proof of claim by November 30, 2015, at 4:00 P.M. (Prevailing Eastern Time) (the "Amended Schedule Bar Date"). Absent further order of the Court, any person or entity that is required to file a proof of claim in these chapter 11 cases but fails to do so in a timely manner shall be forever barred, estopped, and enjoined from: (a) asserting any Prepetition Claim against the Debtors in these chapter 11 cases that such person or entity has that (i) is in an amount that exceeds the amount, if any, that may be set forth in the Schedules, or (ii) is of a different nature or in a different classification than what may be set forth in the Schedules (in either case, any such Claim being hereafter referred to as an "Unscheduled Claim"); and (b) voting upon, or receiving distributions under, any plan or plans of liquidation in these chapter 11 cases in respect of an Unscheduled Claim.**

**PLEASE TAKE FURTHER NOTICE** that all notices of the Amended Schedule Bar Date shall include:  (i) a copy of the applicable amendment to the Schedules; (ii) a Proof of Claim Form; (iii) a copy of the Bar Date Notice and, if applicable, the Translated Bar Date Notice; and (iv) a notice of the Amended Schedule Bar Date applicable to such claimant.

**PLEASE TAKE FURTHER NOTICE** that any entities who filed a proof of claim before the filing of this Schedule Supplement shall not be required to file another proof of claim, unless they wish to modify the claim set forth in such filed proof of claim.

01:17874780.2

## RESERVATION OF RIGHTS

The Debtors reserve the right to dispute, seek to disallow, or assert offsets or defenses against, any filed claim or any claim listed or reflected in the Schedule Supplement as to nature, amount, liability, classification or otherwise, including, but not limited to, pursuant to section 502(d) of the Bankruptcy Code.  Nothing contained in this Notice shall preclude the Debtors from objecting to any claim, whether scheduled or filed, on any and all grounds.

Dated: November 6, 2015
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Travis G. Buchanan*

M. Blake Cleary (No. 3614)
Kenneth J. Enos (No. 4544)
Jaime Luton Chapman (No. 4936)
Travis G. Buchanan (No. 5595)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel to the Debtors and Debtors in Possession*

# EXHIBIT 1

**Schedule Supplement**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SIGNAL INTERNATIONAL, INC., *et al.*,[1] | : | Case No. 15-11498 (MFW) |
| | : | |
| Debtors. | : | Jointly Administered |

## SUPPLEMENTAL SCHEDULE F OF THE SCHEDULES OF ASSETS AND LIABILITIES FOR SIGNAL INTERNATIONAL, LLC (CASE NO. 15-11500)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Signal International, Inc. (4248); Signal Ship Repair, LLC (2642); Signal International, LLC (5074); Signal International Texas GP, LLC (3050); and Signal International Texas, L.P. (5066). The Debtors' principal offices are located at RSA Battle House Tower, 11 North Water Street, Mobile, Alabama 36602.

B6F (Official Form 6F) (12/07)

**In re: Signal International, LLC**  **Case No. 15-11500 (MFW)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.   See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "HWJC."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS, INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| See Supplemental Schedule F Attachment | | | | | | | Unknown |
| | | | | | | Subtotal (Total on this page) | **Unknown** |
| | | | | | | Total (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **Unknown** |

**In re: Signal International, LLC**
**Case No. 15-11500**
Supplemental Schedule F
Creditors Holding Unsecured Claims

| Creditor's Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Date claim was incurred and consideration for claim | Subject to setoffs Y/N | Contingent | Unliquidated | Disputed | Total amount of claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Billy R. Wilks | | 9163 Heather Lane | | | Moss Point | MS | 39562 | | Litigation Claim | | × | × | × | Unknown |
| Global Resources, Inc. | Barrasso, Usdin, Kupperman, Freeman & Sarver, LLC | Stephen H. Kupperman | LL&E Tower | 909 Poydras St. Ste 2400 | New Orleans | LA | 70112 | | Litigation Claim | | × | × | × | Unknown |
| Indo-Ameri Soft L.L.C. a/k/a Indo-Ameri Soft, L.L.C. | Law Office of Kevin K. Gipson | Kevin Kennedy Gipson | 3920 General DeGaulle Dr. | | New Orleans | LA | 70114 | | Litigation Claim | | × | × | × | Unknown |
| J & M Associates, Inc. of Mississippi | c/o Billy R. Wilks | 9163 Heather Lane | | | Moss Point | MS | 39562 | | Litigation Claim | | × | × | × | Unknown |
| J & M Marine & Industrial, LLC | James G. Curenton, Jr., Attorney at Law | James G. Curenton, Jr. | P. O. Box 1435 | | Fairhope | AL | 36533 | | Litigation Claim | | × | × | × | Unknown |
| Kurella Sada Siva Rao | | PO Box 113473 | | | Metairie | LA | 70011 | | Litigation Claim | | × | × | × | Unknown |
| | | | | | | | | | | Total: | | | | Unknown |

Page 1 of 1

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re: Signal International, LLC                                                                                           Case No. 15-11500 (MFW)

# DECLARATION CONCERNING DEBTOR'S SUPPLEMENTAL SCHEDULE F

I, Christopher S. Cunningham, Chief Financial Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 3 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: 11/6/2015

Signature: /s/ Christopher S. Cunningham

**Christopher S. Cunningham**

**Chief Financial Officer**

---

**Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C.§§ 152 and 3571.**