# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> **SIGNAL INTERNATIONAL, INC.,**[1] <br><br> Debtor. | Chapter 11 <br><br> Case No. 15-11498 (MFW) |
| In re: <br><br> **SIGNAL SHIP REPAIR, LLC.,** <br><br> Debtor. | Chapter 11 <br><br> Case No. 15-11499 (MFW) |
| In re: <br><br> **SIGNAL INTERNATIONAL, LLC.,** <br><br> Debtor. | Chapter 11 <br><br> Case No. 15-11500 (MFW) |
| In re: <br><br> **SIGNAL INTERNATIONAL TEXAS GP, LLC.,** <br><br> Debtor. | Chapter 11 <br><br> Case No. 15-501 (MFW) |
| In re: <br><br> **SIGNAL INTERNATIONAL TEXAS, L.P..,** <br><br> Debtor. | Chapter 11 <br><br> Case No. 15-501 (MFW) <br><br> **RE: Docket No.** 869 |

## FINAL DECREE CLOSING CERTAIN CASES
## AND AMENDING CAPTION OF REMAINING CASE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Signal International, Inc. (4248); Signal Ship Repair, LLC (2642); Signal International, LLC (5074); Signal International Texas GP, LLC (3050); and Signal International Texas, L.P. (5066). The address for the Debtors to receive notices and mailings is: GGG Partners, LLC, Attn: Scott Yates, 3155 Roswell Road NE, Suite 120, Atlanta, GA 30305.

01:23805705.1

Upon consideration of the *Certification of Counsel Regarding Final Decree Closing Certain Cases and Amending Caption of Remaining Case* (the "**Certification of Counsel**");[2] and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the relief requested is in accordance with the terms of the Confirmation Order; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Closing Cases, which are set forth below, shall be closed, effective as of Nov. 30, 2018:

   - Signal Ship Repair, LLC, Case No. 15-11499 (MFW);
   - Signal International, LLC, Case No. 15-11500 (MFW);
   - Signal International Texas GP, LLC, Case No. 15-11501 (MFW) and;
   - Signal International Texas, L.P., Case No. 15-11502 (MFW).

2. This Order shall be entered on the docket of each of the Closing Cases.

3. Entry of this Order is without prejudice to (i) the rights of any party in interest to seek to reopen any of the Closing Cases for cause pursuant to section 350(b) of the Bankruptcy Code, and (b) the right of Debtor Signal International, Inc., on behalf of any Debtor, to dispute, object to or resolve all Claims that were filed against the Debtors in the Chapter 11 Cases.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Certification of Counsel.

01:23805705.1

2

4. The caption in the Chapter 11 Case of Signal International, Inc., Case No. 15-11498 (MFW), shall be amended as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>**SIGNAL INTERNATIONAL, INC.,**[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 15-11498 (MFW) |

[1] The last four digits of the Debtor's federal tax identification number are 4248, and the Debtor's mailing address is GGG Partners, LLC, Attn: Scott Yates, 3155 Roswell Road NE, Suite 120, Atlanta, GA 30305. The chapter 11 cases of the following affiliates of the Debtor were closed effective as of November 30, 2018: Signal Ship Repair, LLC (2642); Signal International, LLC (5074); Signal International Texas GP, LLC (3050); and Signal International Texas, L.P. (5066). [*See* Chapter 11 Case No. 15-11498, Docket No. __ ].

5. All pending and future matters relating to each of the Debtors, including objections to claims and final fee applications, shall be administered and heard in the Chapter 11 Case of Signal International, Inc.

6. Each Debtor in the Closing Cases shall remain responsible for making payments of U.S. Trustee fees payable pursuant to 28 U.S.C. § 1930, in accordance with the terms of the Plan and Confirmation Order, through the date the Closing Cases have been closed.

_____
MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

Dated: November 30, 2018
Wilmington, Delaware

01:23805705.1

3